

# Fourth Court of Appeals
## San Antonio, Texas

May 6, 2021

No. 04-19-00575-CV

**IN THE ESTATE OF CARLOS AGUILAR, DECEASED**

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2012-PB4-000048-L2
Honorable Victor Villarreal, Judge Presiding

# O R D E R

Sitting:     Rebeca C. Martinez, Chief Justice
Luz Elena D. Chapa, Justice
Lori I. Valenzuela, Justice

On March 26, 2021, the parties filed a "Joint Motion Pursuant to Settlement" in which they assert they settled the dispute that is the subject of this appeal and they filed an Agreed Order with the probate court. The parties asked this court to abate the appeal, remand the cause to the trial court to effectuate the agreement, and order each party to bear their own costs of appeal. On March 29, 2021, this court granted the motion in part, remanded the cause to the trial court to allow the court to effectuate the parties' agreement as reflected in their executed Agreed Order, and abated this appeal pending further order of this court. Our order also directed the parties to file, no later than April 28, 2021, (1) a motion to dismiss this appeal in compliance with Texas Rule of Appellate Procedure 42.1 or (2) a letter informing this court of the status of the case before the trial court.

On May 4, 2021, the parties filed an advisory requesting an additional thirty days. The request is GRANTED and the parties are ordered to file, **no later than June 4, 2021**, (1) a motion to dismiss this appeal in compliance with Texas Rule of Appellate Procedure 42.1 or (2) a letter informing this court of the status of the case before the trial court.

It is so **ORDERED** May 6, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT